AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

OTTO GRAHAM,

Plaintiff,

V.

DYNAMIC RECOVERY SERVICES, INC.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:12-cv-00963

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court GRANTS Plaintiff's Motion for Default Judgment (doc. 10).  The Court awards a judgment in favor of the Plaintiff, OTTO GRAHAM, and against Defendant, DYNAMIC RECOVERY SERVICES, INC., as follows:  (a) FDCPA Statutory Damages:  $1,000.00; (b) OCSPA Statutory Damages:  $200.00; (c) Attorneys' Fees:  $2,040.00; and (d) Court Costs: $350.00.  Total judgment:  $3,590.00.

7/5/2013

Date

JOHN P. HEHMAN, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk